1

2

3

4

5

6

7                        **UNITED STATES DISTRICT COURT**

8                               **DISTRICT OF NEVADA**

9

10   JAMES E. PERKINS,

11          Plaintiff,                              Case No. 2:10-CV-01418-KJD-LRL

12   v.                                             **ORDER**

13   HOWARD SKOLNIK, *et al*.,

14          Defendants.

15

16          Plaintiff filed his Complaint (#1) on August 20, 2010.  Plaintiff neither submitted an

17   application to proceed *in forma pauperis* nor paid the $350.00 filing fee for a civil action, though he

18   did submit a Financial Certificate with the Complaint.

19          To bring a civil rights action, Plaintiff either must pay the $350.00 filing fee or submit a

20   properly completed application to proceed *in forma pauperis*.  Pursuant to Local Rule LSR 1-1, a

21   pauper application must be submitted on the Court's required form.  Further, under 28 U.S.C. §

22   1915(a)(2) and Local Rule LSR 1-2, a properly completed application requires both: (a) an inmate

23   account statement; and (b) a financial certificate properly completed for a civil rights action.

24          Accordingly, IT IS HEREBY ORDERED that this action shall be **DISMISSED without**

25   **prejudice**;

26

1    IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff two copies each

2  of a civil rights complaint form and an application form to proceed *in forma pauperis* for

3  incarcerated persons.  The Clerk shall return a copy of the documents that Plaintiff filed in this

4  action.

5    DATED this 5th day of November 2010.

6

7

8  _____
   Kent J. Dawson
9  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2